```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
THE TRAVELERS INDEMNITY COMPANY,                                   :
                                                                   :
                              Plaintiff,                           :   1:23-cv-2424-GHW
                                                                   :
              -v -                                                 :   ORDER
                                                                   :
STARR INDEMNITY & LIABILITY COMPANY,                               :
                                                                   :
                              Defendant.                           :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On August 31, 2023, the parties in this case filed a proposed stipulation to extend Defendant's time to answer or otherwise respond to the complaint. Dkt. No. 18. Though the document was filed on ECF as a "Letter Motion," it is in fact a stipulation, not a letter motion. Because the parties have not requested the Court to act, the Court will not respond to the entry at Dkt. No. 18. Lacking Court endorsement, the parties' stipulation at Dkt. No. 18 has no effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: August 31, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge